## CITY COURT OF NEW YORK — GENERAL TERM, FEBRUARY, 1901.

### BEFORE FITZSIMONS, CH. J., CONLAN AND O'DWYER, JJ.

The Hecktograph Manufacturing Company, Appellant, v. Herman Knubel, Respondent. —Appeal from an order of the Special Term of the City Court of the city of New York, denying a motion for a new trial, on the ground of surprise and newly-discovered evidence. Samuel H. Randall, for appellant; Paskusz & Cohen (Martin Paskusz and William S. Gordon, of counsel), for respondent. Judgment and order appealed from affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, MARCH, 1901.

### BEFORE DELEHANTY, McCARTHY AND SCHUCHMAN, JJ.

Morris L. Geffen et al., Respondents, v. The Union Cloak and Suit Company, Appellant. —appeal from a judgment entered on a verdict rendered by a jury in favor of the plaintiffs and from an order denying a motion for a new trial. Louis A. Jaffer, for appellant ; Joseph Martin (William L. Mathot, of counsel), for respondents. Judgment and order appealed from affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, APRIL, 1901.

### BEFORE FITZSIMONS, CH. J., HASCALL AND O'DWYER, JJ.

Kate J. Collins, Respondent, v. Anderson Fowler, Appellant. Appeal from a judgment entered upon the report of a referee in favor of plaintiff. Weiser & Bridges (Henry Wilson Bridges, of counsel), for appellant; Howe & Hummel, for respondent. Judgment affirmed, with costs. No opinion.

### BEFORE FITZSIMONS, CH. J., AND O'DWYER, J.

Isaac Dubinsky, Respondent, v. The Metropolitan Wrapper Company, Appellant. –Appeal from a judgment upon a verdict in favor of the plaintiff, directed by the court, and from an order denying a motion for a new trial. Archibald C. Shenstone, for appellant ; Henry Kuntz, for respondent. Judgment and order appealed from affirmed, with costs. No opinion.

Solomon Salvinsky et al., Respondents, v. Mark Levin, appellant. Appeal from a judgment of the Trial Term in favor of the plaintiffs. Henry M. Levin, for appellant ; Abraham Levy, for respondents. Judgment affirmed, with costs. No opinion.

Peric Margolies, Respondent, v. Max Ernst, Appellant.—Appeal from a judgment entered on a verdict in favor of plaintiff. Horwitz & Samuels (S. Livingston Samuels, of counsel), for appellant; Moses Feltenstein, for respondent. Judgment affirmed, with costs. No opinion.